Araceli Martinez
SBN 255246
Law Offices of Araceli Martinez
P.O. Box 16563
San Diego, CA 92176-6563
Phone (619) 813-5325
Fax (619) 284-2745
aracelimartinez@cox.net

Attorney for Defendant

FILED
APR 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ZAGAL-GARCIA,<br><br>Defendant. | Criminal Case No.: 08-MJ-00851<br><br>**SUBSTITUTION OF ATTORNEY** |

The court and all parties are notified that Francisco Zagal-Garcia makes the following substitution: Former legal representative Lisa Kay Baughman. New legal representative: Araceli Martinez., SBN 255246, Law Offices of Araceli Martinez., whose address is P.O. Box 16563 San Diego, CA 92176-6563 and phone number (619) 813-5325.

Francisco Zagal-Garcia hereby consents to this substitution.

DATED:

_____
Francisco Zagal-Garcia

Former legal representative, Lisa Kay Baughman, hereby consents to this substitution.

DATED: _____
Lisa Kay Baughman, Esq.

New legal representative hereby consents to this substitution.

DATED: _____
Araceli Martinez, Esq.

1

2   DATED:
                                            _____
3                                           Lisa Kay Baughman, Esq.

4
    New legal representative hereby consents to this substitution.
5

6
    DATED:                                  _____
7                                           Araceli Martinez, Esq.

8